JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA CALDERON RICO, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES; a political subdivision of the State of California; DEPUTY OSCAR RAMOS, an individual; and DOES 1-99, inclusive;<br><br>　　　　　Defendants. | Case No. 2:22-cv-00038-SK<br><br>**ORDER DISMISSING ACTION** |

On <u>October 6, 2023</u>, the Parties filed with the Court a joint stipulation requesting that the Court dismiss the action with prejudice pursuant to FRCP, Rule 41(a).

1

1  The Court has considered the Parties' stipulation, and good cause appearing,
2  GRANTS the relief requested therein.
3  Accordingly, IT IS ORDERED as follows: the case is dismissed with
4  prejudice.
5
6
7  DATED: October 10, 2023

_____
Hon. Steve Kim
Magistrate Judge